**Jose Najarro ZUNIGA; Roni Najarro–
Ramirez, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney
General of the United States,
Respondent.**

No. 13–1631.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 5, 2014.

Filed: Feb. 11, 2014.

Ta–Yu Yang, Des Moines, IA, for Petitioner.

Karen Yolanda Drummond, Richard M.
Evans, Assistant Director, Brooke Maurer,
U.S. Department of Justice, Washington,
DC, for Respondent.

Before WOLLMAN, MURPHY, and
SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizens Jose Najarro Zuniga and Rony Najarro–Ramirez petition for
review of an order of the Board of Immigration Appeals (BIA), which upheld an
immigration judge's denial of asylum, withholding of removal, and relief under the

Convention Against Torture (CAT). After
careful review, we conclude that the denial
of relief was supported by substantial evidence on the record as a whole. *See
Khrystotodorov v. Mukasey,* 551 F.3d 775,
781–82 (8th Cir.2008) (substantial-evidence
standard for reviewing denials of asylum,
withholding of removal, and CAT relief);
*Melecio–Saquil v. Ashcroft,* 337 F.3d 983,
987 (8th Cir.2003) (dramatic, post–1996
changes in Guatemala prevented dated
events from translating into objectively
reasonable fear of persecution).[1] Accordingly, we deny the petition for review. *See*
8th Cir. R. 47B.

---

1. We note that the BIA expressly stated that it
was not basing its decision on 8 U.S.C.
§ 1158(b)(2)(A)(i) (alien who ordered, incited,
assisted, or otherwise participated in persecution of others is barred from obtaining asylum). We therefore do not consider the applicability of that provision. *Cf. Uanreroro v.
Gonzales,* 443 F.3d 1197, 1204 (10th Cir.
2006) (appeals court will not affirm on
ground raised in immigration judge's decision
unless relied on by BIA in its affirmance).